

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | No. 08-18-00120-CR |
| EX PARTE: | § | Appeal from the |
| KELSEY FIELDS | § | 384th District Court |
| | § | of El Paso County, Texas |
| | § | (TC# 20170D03143) |
| | § | |

## **<u>MEMORANDUM OPINION</u>**

Kelsey Fields is appealing an order denying her petition for writ of habeas corpus filed in a criminal case, cause number 20170D03143, styled *The State of Texas v. Kelsey Fields*. The District Clerk's Office assigned the case a civil number cause number, 2018DCV2228. On July 5, 2018, the trial court signed an order denying the petition and the order was filed in cause number 2018DCV2228. Appellant subsequently filed notices of appeal in both cause number 20170D03143 and 2018DCV2228. This Court filed each notice of appeal in a separate appellate cause number (cause numbers 08-18-00120-CR and 08-18-00121-CR). On our own motion, we determined that it is necessary to consolidate the appeals into one cause, and on July 13, 2018, we ordered that cause number 08-18-00120-CR be consolidated with cause number 08-18-00121-CR, and cause number 08-18-00120-CR shall be administratively dismissed due to consolidation. The

notice of appeal filed in cause number 08-18-00120-CR has been filed as an amended notice of appeal in cause number 08-18-00121-CR. The instant appeal is administratively dismissed due to consolidation. Further, the motion to stay filed by Appellant in cause number 08-18-00120-CR is denied as moot because the same motion is being considered and will be acted on in cause number 08-18-00121-CR.

July 13, 2018

                            YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.

(Do Not Publish)